# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| CAREER COUNSELING, INC. d/b/a SNELLING STAFFNG SERVICES, a South Carolina corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 3:15-cv-05061-JMC<br>)<br>) **CLASS ACTION** |
| v. | )<br>) |
| AMSTERDAM PRINTING & LITHO, INC., TAYLOR CORPORATION and JOHN DOES 1-10, | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, Career Counseling, Inc., and Defendants, Amsterdam Printing & Litho, Inc. and Taylor Corporation, through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice, each party to bear its own costs and fees.

Dated: October 23, 2018

Respectfully submitted,

CAREER COUNSELING, INC. d/b/a SNELLING STAFFING SERVICES, individually and as the representative of a class of similarly-situated persons.

By: s/John G. Felder, Jr.
John G. Felder, Jr.
McGOWAN HOOD FELDER
1517 Hampton St.
Columbia, SC 29201
Telephone: 803-779-0100

Ryan M. Kelly (*Pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500

*Attorneys for Plaintiff and the Class*

/s/ W. Allen Nickles III
NICKLES LAW FIRM, LLC
W. Allen Nickles III, Fed. ID No. 2541
1122 Lady Street, Suite 610
Columbia, South Carolina 29201
Telephone: (803) 779-8080
Email: wanickles@nickleslaw.com

LAW OFFICES OF JONATHAN M. HARVEY
Jonathan Harvey, Fed ID No. 1759
1701 Richland Street
Columbia, South Carolina 29201
Telephone: (803) 779-3363
Facsimile: (803) 779-3364
Email: harveylawfirm@gmail.com

COPILEVITZ & CANTER, LLC
William E. Raney, MO #46954 (*Pro hac vice*)
Kellie Mitchell Bubeck, MO #65573 (*Pro hac vice*)
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-9000
Facsimile: (816) 472-5000
Email: braney@cckc-law.com
       kmitchell@cckc-law.com

*Attorneys for Defendants Amsterdam Printing
& Litho, Inc. and Taylor Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                        s/ John G. Felder, Jr.